United States Courts
Southern District of Texas
FILED

*April 22, 2025*

Nathan Ochsner, Clerk of Court

United States Courts
Southern District of Texas
FILED

*November 02, 2022*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

UNITED STATES OF AMERICA §
§
vs. §   CRIMINAL NO.
§
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ §   **4:22cr551**
§
2. **ROBERTO JIMENEZ** (Counts 1-5) §   **SEALED**
3. **IGNACIO ADAN CHARRE HERNANDEZ** (Counts 1, 5) aka §
   **El Tio** §
4. **ISRAEL LANDELL TORRES** (Counts 1, 5) §
5. **YVETTE OLIVARES** (Counts 1,2,4,5) §

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT ONE
*[21 U.S.C. §846 - Conspiracy to Possess With Intent to Distribute a Controlled Substance]*

From on or about November 6, 2017, and continuing thereafter up to and including the date of this indictment, in the Southern District of Texas and elsewhere, and within the jurisdiction of this Court, the defendants,

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
**ROBERTO JIMENEZ**
**IGNACIO ADAN CHARRE HERNANDEZ, aka El Tio**
**ISRAEL LANDELL TORRES**
**YVETTE OLIVARES**

did knowingly, intentionally, and unlawfully combine, conspire, confederate, and agree with others known and unknown to the Grand Jury, to commit offenses defined in Title 21, United States Code, §841, namely, to possess with intent to distribute a controlled substance. The overall scope of the conspiracy involved five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

[All in violation of Title 21, United States Code, §§§ 841(a)(1), 841(b)(1)(A)(ii) and 846.].

## COUNT TWO
### *[18 U.S.C. §1956 - Conspiracy to Launder Monetary Instruments]*

From on or about November 6, 2017, in the Southern District of Texas and elsewhere, and within the jurisdiction of this Court, the defendants,

**ROBERTO JIMENEZ**
**YVETTE OLIVARES**

did knowingly, intentionally and unlawfully combine, conspire, confederate and agree together and with persons known and unknown to the grand jury, to transport, transmit, transfer and attempt to transport, transmit and transfer a monetary instrument and funds from a place in the United States to a place outside the United States, to wit: Mexico, with the intent to promote the carrying on of a specified unlawful activity, and which transactions, in fact, involved the proceeds of illegal drug trafficking as specified in 21 U.S.C. § 841 (a)(1) and as more fully alleged in Count 1 of the indictment, and knowing that the monetary instrument and funds involved in the transportation, transmission, and transfer represented the proceeds of the specified unlawful activity and knowing that such transportation, transmission, and transfer was designed in whole or in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of said specified unlawful activity.

All in violation of Title 18 U.S.C. §§1956 (a)(2)(A) and (a)(2)(B)(i), and 1956(h) and Title 18, United States Code, §2.

## COUNT THREE
*[21 U.S.C. §841- Possession With Intent to Distribute;*
*18 U.S.C. §2 Aiding and Abetting]*

From on or about November 8, 2017, in the Southern District of Texas and elsewhere, and within the jurisdiction of this Court, the defendants,

**ROBERTO JIMENEZ**

did knowingly and intentionally, aid, abet and assist each other to possess with intent to distribute a controlled substance. This violation involved five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance. All in violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(A)(ii) and Title 18, United States Code, §2.

## COUNT FOUR
*[18 U.S.C. §1956 - Conspiracy to Launder Monetary Instruments;*
*18 U.S.C. §2 Aiding and Abetting]*

From on or about December 15, 2017, in the Southern District of Texas and elsewhere, and within the jurisdiction of this Court, the defendants,

**ROBERTO JIMENEZ**
**YVETTE OLIVARES,**

did knowingly and intentionally, aid, abet and assist each other to transport, transmit, and transfer and attempt to transport, transmit and transfer a monetary instrument and funds from a place in the United States to the Republic of Mexico with the intent to promote the carrying on a specified unlawful activity and knowing that the monetary instruments and funds involved in the transportation, transmission and transfer represent the proceeds of some form of unlawful activity and knowing that such transportation, transmission, and transfer was designed in whole or in part

3

to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of said specified unlawful activity, all in violation of Title 18 U.S.C. §§1956 (a)(2)(A), (a)(2)(B)(i) and Title 18, United States Code, §2.

### COUNT FIVE
### [21 U.S.C. §841- Possession With Intent to Distribute; 18 U.S.C. §2 Aiding and Abetting]

From on or about February 1, 2018, in the Southern District of Texas and elsewhere, and within the jurisdiction of this Court, the defendants,

**ROBERTO JIMENEZ**
**IGNACIO ADAN CHARRE HERNANDEZ, aka El Tio**
**ISRAEL LANDELL TORRES**
**YVETTE OLIVARES,**

did knowingly and intentionally, aid, abet and assist each other to possess with intent to distribute a controlled substance. This violation involved five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance. All in violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(A)(ii) and Title 18, United States Code, §2.

4

## NOTICE OF CRIMINAL FORFEITURE
## 21 U.S.C. § 853(a)

Pursuant to Title 21, United States Code, Section 853(a), the United States of America gives notice to the defendants:

**ROBERTO JIMENEZ**
**IGNACIO ADAN CHARRE HERNANDEZ, aka El Tio**
**ISRAEL LANDELL TORRES**
**YVETTE OLIVARES,**

that, upon conviction of an offense in violation of Title 21, United States Code, Sections 841, and 846 as charged in this Indictment, the following property shall be subject to forfeiture:

> (a) all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation; and
>
> (b) all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

## NOTICE OF CRIMINAL FORFEITURE
## 18 U.S.C. § 982(a)(1)

Pursuant to Title 18, United States Code, Section 982(a)(1), the United States of America gives notice to the defendants:

**ROBERTO JIMENEZ**
**YVETTE OLIVARES,**

that in the event of conviction of an offense in violation of Title 18, United States Code, Section 1956, as charged in this Indictment, all property, real or personal, involved in such offense, or property traceable to such property, is subject to forfeiture.

## MONEY JUDGMENT

Defendants are notified that upon conviction, the United States may seek the imposition of

5

a money judgment.

## SUBSTITUTE ASSETS

In the event that one or more conditions listed in Title 21, United States Code, Section 853(p) exists, the United States will seek to forfeit any other property of the defendant up to the total value of the property subject to forfeiture.

A TRUE BILL:

**Original Signature on File**
FOREPERSON OF THE GRAND JURY

JENNIFER B. LOWERY
United States Attorney

By: *Eric D. Smith*

Eric D. Smith
Assistant United States Attorney

6